UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL ARTHUR SABET,<br><br>                      Plaintiff,<br><br>      -against-<br><br>S.D.N.Y., et al.,,<br><br>                     Defendants. | 22-CV-7979 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 19, 2022
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                         Chief United States District Judge